IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
DEC 0 8 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| NATALIE CAROLINA, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| V. | ) No. 04CV 608P (J) |
| WYETH; AMERICAN HOME PRODUCTS CORPORATION; WYETH-AYERST LABORATORIES CO.; and DOES 1-100 | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiffs' Natalie Carolina, ("Plaintiff"), individually and on behalf of all others similarly situated, ("the Class"), by and through their attorneys of record pursuant to Federal Rules of Civil Procedure FRCP (41), and dismisses their causes of action against the Defendants, Wyeth; American Home Products Corporation: Wyeth-Ayerst Laboratories Co.: and Does 1-100, ("Defendants"), without prejudice to refiling the same.

1 This dismissal is being filed before service of the adverse parties. Therefore no Order of the Court is needed.

Respectfully submitted,

BY: _____
Kenneth Morgan, OBA #19181
Attorneys for Plaintiff
601 S Boulder, Suite 700
Tulsa, Oklahoma 74119
(918) 295-8787
(918) 295-8706 facsimile

1